UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:07-CR-025-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL AUGUSTUS COMSTOCK, | ) | |
| | ) | |

This matter is before the court for consideration of the Memorandum and Recommendation ("M & R") of United States Magistrate Judge David W. Daniel, filed on April 18, 2008 [DE-38]. On April 28, 2008, Defendant filed objections thereto [DE-39]. On May 8, 2008, the Government responded [DE-40]. The matter is now ripe for disposition.

After an independent and thorough review of the Magistrate Judge's M & R, all objections thereto, and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R denying Defendant's motion to suppress. Arraignment and trial in this matter are set for the term of court commencing on June 9, 2008.

SO ORDERED.

This 27th day of May, 2008.

JAMES C. FOX
Senior United States District Judge